IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDDIE FARMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALLSTATE VEHICLE AND PROPERTY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Civil Action No. 3:23-CV-0007-C |

## ORDER

The Court, having considered the Notice of Settlement, filed May 22, 2023, finds that this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are **ORDERED** to file appropriate dismissal papers on or before 60 days from the date of this Order.

SO ORDERED.

Dated May 24, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE