IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDDIE FARMER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-00007-C |
| | § | |
| ALLSTATE VEHICLE AND | § | |
| PROPERTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Eddie Farmer (hereinafter "Plaintiff") and Defendant Allstate Vehicle and Property Insurance Company (hereinafter "Defendant") announce to the Court that the parties have resolved all claims in this matter. Therefore, Plaintiff and Defendant hereby move that this matter be dismissed, with prejudice, as to any and all claims which Plaintiff brought in this case against any and all Defendants.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court grant this Joint Stipulation of Dismissal With Prejudice and enter an Order of Dismissal. The Parties request all such other and further relief to which they may be justly entitled.

Respectfully submitted,

*/s/ Susan E. Egeland*
SUSAN E. EGELAND
State Bar No. 24040854
susan.egeland@faegredrinker.com
SARA E. INMAN
State Bar No. 24073098
sara.inman@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2500
(469) 327-0860 (fax)
**ATTORNEYS FOR DEFENDANT**

AND

*/s/ Maria Gerguis w/permission*
RICHARD D. DALY
State Bar No. 00796429
rdaly@dalyblack.com
MARIA GERGUIS
State Bar No. 24090355
mgerguis@dalyblack.com
Daly & Black, P.C.
2211 Norfolk Street, Suite 800
Houston, Texas 77098
(713) 655-1405
(713) 655-1587 (fax)
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served to all counsel of record via eFile Texas on June 7, 2023.

*/s/ Susan E. Egeland*
SUSAN E. EGELAND