IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDDIE FARMER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) Civil Action No. 3:23-CV-0007-C |

## ORDER

The Court, having considered the Joint Stipulation of Dismissal With Prejudice, filed June 7, 2023, finds that the above-styled and -numbered civil action is hereby **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1) and with each party to bear their own costs and fees.

SO ORDERED.

Dated June  12 , 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE